IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **OQ CHEMICALS CORPORATION** <br> **f/k/a OXEA CORPORATION,** <br><br> Plaintiff, <br><br> v. <br><br> **TURNER INDUSTRIES GROUP,** <br> **LLC,** <br><br> Defendant. | §§§§§§§§§§§§ Civil Action No. **3:23-CV-195-L** |

## ORDER

On January 26, 2023, the court directed Plaintiff to file an amended complaint by February 6, 2023, that cured the jurisdictional deficiencies identified. The court warned that Plaintiff's failure to do so would result in the *sua sponte* dismissal without prejudice of this action for lack of subject matter jurisdiction. Plaintiff did not file an amended complaint or seek an extension of the deadline set by the court. Accordingly, the court *sua sponte* **dismisses without prejudice** this action for lack of subject matter jurisdiction.

**It is so ordered** this 7th day of February, 2023.

Sam A. Lindsay
United States District Judge

Order – Page 1